## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TYRAN DOBBS,** | * |
| **Plaintiff,** | * |
| v. | *   Civil Action No. 18-cv-339-RDB |
| **SGT. THOMAS TOMNSEND,** *et al.*, | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

The undersigned counsel hereby report on the status of the instant litigation as follows:

**1. Discovery:**

Factual discovery has been completed. The parties have agreed, with the consent of this Court, to postpone expert discovery until such time as any dispositive pretrial motions have been decided.

**2. Pending Motions:**

There are no motions pending before the Court at this time.

**3. Dispositive Motions:**

Plaintiff does not anticipate the filing of any dispositive motions at this time. The named Defendants will be filing a dispositive motion(s) within this Court's designated deadline.

**4. Trial:**

Plaintiff has requested that this matter be tried by a jury.  It is anticipated that this case will necessitate approximately four days of trial time.

**5. Settlement Discussions and Consent for Referral to Settlement or ADR Conference:**

No settlement discussions have been conducted between the parties.

Plaintiff would like to participate in a settlement conference. Defendants have advised the Plaintiff that they would consider requesting referral for a settlement or ADR conference after their dispositive motion have been resolved.

**6. Consent to transfer this matter to another judge:**

There is not universal consent among the parties to conduct further proceedings before a Magistrate Judge.

**7. Other Matters:**

There are no other outstanding matters at this time.

Respectfully submitted,

_____-s-_____    _____-s-_____
Anton L. Iamele, Fed Bar No. 14845         Louis P. Ruzzi, Esquire
Iamele & Iamele, LLP                       Senior Assistant County Solicitor
201 North Charles Street, Suite 400        Howards County Office of Law
Baltimore, Maryland 21201                  3450 Courthouse Drive
aiamele@iamelelaw.com                      Ellicott City, Maryland 21043
Telephone: 410-779-6160                    Telephone: 410-313-2104
*Counsel for Plaintiffs*                   *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 16th day of October 2018, a copy of the foregoing Joint Status Report was sent by electronic mail and mailed, postage prepaid, to:

Louis P. Ruzzi, Esquire
Senior Assistant County Solicitor
Howards County Office of Law
3450 Courthouse Drive
Ellicott City, Maryland 21043

                                                 _____-s-_____
                                                 Anton L. Iamele