# Exhibit No. 1
# Incident Report Authored by Officer Pugliese

| 1. PAGE NUMBER | TOTAL | 2. | ☐ INSIGHT ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENT ☐ TRS | 3. CASE NUMBER 15-015918 |
|---|---|---|---|---|
| 1 | OF | | | |

| 4. DAY | 5. DATE | 6. TIME | 7. FROM DAY | 8. FROM DATE | 9. FROM TIME | 10. TO DAY | 11. TO DATE | 12. TO TIME |
|---|---|---|---|---|---|---|---|---|
| WED | 2/18/2015 | 1612 | WED | 2/18/2015 | 1612 | WED | 2/18/2015 | 1612 |

| 13. LOCATION OF INCIDENT (STREET NUMBER, STREET NAME, APT NUMBER) | 14. LOG TYPE | 15. CITY | 16A. BEAT |
|---|---|---|---|
| 9107 Town And Country Blvd Apt. B | 20 | EC | A2 |

| 16. OFF-1 (CODE & CLASSIFICATION) | 17. OFF-2 | 18. OFF-3 | 19. OFF-4 | 20. OFF-5 |
|---|---|---|---|---|
| 076 POLICE INFORMATION | | | | |

| 21. ☐ ATT ☒ COMP | 22. USED ☐ ALCOHOL ☐ DRUG | 23. FORCED ENTRY ☐ | 24. CAR JACKING ☐ | 25. WEAPON TYPE 99 |
|---|---|---|---|---|

## VICTIM DETAILS – REQUIRED (1 of 5)

| 26. INV | 27. TYPE | 28. BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) | 29. NICKNAME/ALIAS | 30. RACE | 31. SEX | 32. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| VIC | G | State Of Maryland | | | | |

| 33. ADDRESS (ST NUMBER, APT NUMBER) | 34. CITY | 35. COUNTY |
|---|---|---|
| 3410 Court House Drive | Ellicott City | HO |

| 36. STATE | 37. ZIP | 38. PHONE | 39. DRIVER'S LICENSE NUMBER | 40. LICENSE ST | 41. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| MD | 21043 | 410-313-3200 | | | |

| 42. AGE | 43. HEIGHT | 44. WEIGHT | 45. HAIR | 46. EYES | 47. SKIN TONE | 48. ETHNICITY | 49. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 50. VIC INJURY | 51. VIC/SUS RELATIONSHIP | 52. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT / E-MAIL ADDRESS |
|---|---|---|---|
| | | | |

## PERSON DETAILS (2 of 5)

| 53. INV | 54. TYPE | 55. BUSINESS OR PERSON NAME (LAST, FIRST MIDDLE) | 56. NICKNAME/ALIAS | 57. RACE | 58. SEX | 59. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| SU | I | Dobbs, Tyran Malik | | B | M | 1995 |

| 60. HOME ADDRESS (ST NUMBER, APT NUMBER) | 61. CITY | 62. COUNTY |
|---|---|---|
| 9107 Town And Country Blvd Apt. B | Ellicott City | HO |

| 63. STATE | 64. ZIP | 65. PHONE | 66. DRIVER'S LICENSE NUMBER | 67. LICENSE ST | 68. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| MD | 21043 | | D-120-809-579-295 | MD | |

| 69. AGE | 70. HEIGHT | 71. WEIGHT | 72. HAIR | 73. EYES | 74. SKIN TONE | 75. ETHNICITY | 76. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| 19 | 505 | 133 | BLK | BRO | DRK | N | U |

| 77. VIC INJURY | 78. VIC/SUS RELATIONSHIP | 79. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT / E-MAIL ADDRESS |
|---|---|---|---|
| M | ST | 09 | |

## VEHICLE DETAILS

| 80. INV (VOR) STATUS | 81. LICENSE PLATE NO | 82. PLATE STATE | 83. PLATE YEAR | 84. PLATE TYPE | 85. VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|---|---|
| | | | | | |

| 86. VEH TYPE | 87. STYLE | 88. VEH YEAR | 89. VEH MAKE | 90. VEH MODEL | 91. VEH COLOR | 92. EST VALUE | 93. LOC. STORED | 94. TOWED ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 95. REG. DATE | 96. REG. VALUE | 97. REG. LOC | 98. OTHR JUR | 99. REG COND | 100. DISP | 101. DISP. DATE | 102. NEXT ACT. | 103. ACT. DATE | 104. PER-INVL | 105. PERS # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**106. NARRATIVE**

On 02/18/2015 at 1612 hours, Ofc. Pugliese #5821, Pfc. Burris, Sgt. Ehart, Ofc. Welgman, Ofc. Bush, and Lt. Porter, all responded to the area of 9107 Town and Country Blvd Apt. B, Ellicott City, MD, 21043, to investigate the report of a possible bomb threat.

R.C.S. Closed

| 107. SCENE PROCESSED? ☐ YES ☒ NO | VICTIMS/WITNESSES BOOKLET? ☐ YES ☒ NO | 108. RELATED CASE NUMBERS | |
|---|---|---|---|

| 109. OFFICER PUGLIESE | 110. OFFICER ID 5821 | 111. DATE 2/18/2015 | 112. SUPERVISOR | 113. SUPV ID 5238 | 114. DATE 2/18/15 |
|---|---|---|---|---|---|

| 115. CASE STATUS | 116. DISPOSITION (ONLY COMPLETE WHEN CASE STATUS = CLOSED/CLEARED) |
|---|---|
| ☐ ACTIVE FOLLOW-UP DATE _____  ☐ CLOSED/CLEARED | |
| ☐ CLOSED/LEADS EXHAUSTED  ☐ CLOSED/WARRANT/CHARGES FILED | |

| 117. FORWARD COPY TO: | | 118. RECORDS USE |
|---|---|---|
| ☒ CIB ☐ PUBLIC AFFAIRS ☐ VAS ☐ VSN ☐ LIQUOR INSPECTOR ☒ BUREAU CMDR ( MAJ. JONES ) | | |
| ☒ YOUTH SECTION ☐ K9 SUPERVISOR ☐ CO RISK MGMT ☐ TTY ☐ CRIME ANALYSIS ☒ OTHER ( CAPT Litmaa? ) | | |

| 119. LEP? ☐ | ☐ K-9 INVOLVED | 120. GANG RELATED? ☐ |
|---|---|---|

HCPD I220 11-24-09

② Townsend 6/14/18

Exhibit 10

Page 10 of 21

002561

| 1. PAGE 2 OF 2 | TOTAL | 2. ☒ CONTINUATION ☐ SUPPLEMENT | 2A. TYPE OF INCIDENT 076 POLICE INFORMATION | 3. CASE NUMBER 15-015918 |
|---|---|---|---|---|

| 4. VICTIM/REPORTING PERSON'S NAME (LAST, MIDDLE, FIRST) State Of Maryland | | 5. DATE OF REPORT 2/18/2015 | TIME OF REPORT 1612 | 6. RELATED CASE NUMBERS |
|---|---|---|---|---|

7. NARRATIVE:

On 02/18/2015 at 1612 hours, Ofc. Pugliese #5821, Pfc. Burris #5254, Sgt. Ehart #4969, Ofc. Weigman #5926, Ofc. Bush #5720, and Lt. Porter #4671, all responded to the area of 9107 Town and Country Blvd Apt. B, Ellicott City, MD, 21043, to investigate the report of a possible bomb threat. Dispatch advised that a subject with a British accent had contacted MCAC and stated he had three hostages. The subject made the following statements:

- The subject said he had a loaded gun, but he did not say what kind of gun.
- The subject said he had several bags of plastic explosives.
- The subject demanded $15000 in cash to be delivered in a red bag to 9107 Town and Country Blvd Apt. B.
- The subject said when the money is delivered he will drop off the hostages in three separate states.
- The subject stated he would start executing the hostages at 1615 hours.

There was only a partial phone number recovered from the call. The partial number is 702-973-1416. The phone call was received by the MD terrorist hotline at approximately 1600 hours.

The subject was subsequently identified as Tyran Malik Dobbs DOB 04/16/1995.

Upon arrival officers began setting up a perimeter around the target address. Officer Pugliese positioned himself on side 1. Ofc. Weigman and Ofc. Bush positioned themselves on side 3. The target address is in an apartment building with other apartment buildings attached on both sides. Officers were able to determine that apartment B is on the bottom floor of the apartment building at the base of the steps. Officers remained on the perimeter until the SWAT team arrived to replace them.

Ofc. Pugliese blocked Town and Country Blvd at North Ridge Rd. to prevent vehicle's from traveling in front of the target address. Ofc. Weigman positioned herself at Town and Country Blvd and West Springs Drive.

Dobbs was taken into custody by members of the SWAT team. Dobbs was transported by paramedic 25 to University of Maryland Shock Trauma. Ofc. Pugliese was advised by members of the SWAT team to respond to the rear of the residence and standby with the phone Dobbs had in his possession and a female, whom identified herself as Amelia Louise Friedemann DOB      /1993.

Two other subjects had been removed from the residence by the SWAT team before Ofc. Pugliese's arrival at the rear entrance. The two subjects were identified as Rodshell Latrice Ballew DOB      1985 and T
    , B     DOB     /2008.

Sgt. Ehart met with an eyewitness, Tarrance Morgan 443-285-3756, whom is going to complete a written statement about what he witnessed and turn into the police on 02/19/2015.

CIB arrived and took over control of the scene.

R.C.S. Closed

| 8. OFFICER | | 9. OFFICER ID | 10. DATE | 11. SUPERVISOR | 12. SUPERVISOR ID | 13. DATE |
|---|---|---|---|---|---|---|
| PUGLIESE | | 5821 | 2/18/2015 | WWW | 5238 | 3/18/15 |

| 14. CASE STATUS ☐ ACTIVE – FOLLOW-UP DUE: _____ ☐ CLOSED/LEADS EXHAUSTED | ☐ CLOSED/CLEARED ☐ CLOSED/WARRANT/CHARGES FILED | 15. DISPOSITION (ONLY COMPLETE WHEN CASE STATUS = CLOSED/CLEARED) | |
|---|---|---|---|
| 16. FORWARD COPY TO: ☒ CIB ☐ PUBLIC AFFAIRS ☐ VSN ☐ STATE'S ATTY ☐ YOUTH SECTION ☐ DSS ☐ JSA ☐ CO RISK MGMT ☐ TELETYPE | | ☒ BUREAU COMDR ( MAJ. JONES ☒ OTHER ( CAPT. CHAMBER | 17. RECORDS USE |

HCPD 1222

# HOWARD COUNTY POLICE DEPARTMENT ADDITIONAL PERSONS SHEET

| 1.PAGE 2 | OF 3 | TOTAL | 2. ☒ CONTINUATION ☐ SUPPLEMENT | 3.TYPE OF INCIDENT 078 Police Information | 4.CASE NUMBER 15-015918 |
|---|---|---|---|---|---|

## PERSON DETAILS (3 of 6)

| 5.INV 10 | 6. TYPE I | 7.BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) Friedemann, Amelia Louise | 8.NICKNAME/ALIAS | 9.RACE W | 10.SEX F | 11.DATE OF BIRTH 9/6/1993 |
|---|---|---|---|---|---|---|

| 12.HOME ADDRESS (ST NUMBER, APT NUMBER) 3201 Safari Ct. | | 13.CITY Ellicott City | 14.COUNTY HO |
|---|---|---|---|

| 15.STATE MD | 16.ZIP 21042 | 17.PHONE 410-717-6346 | 18.LICENSE NUMBER | 19.LICENSE ST | 20.SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

| 21.AGE 21 | 22.HEIGHT 505 | 23.WEIGHT 125 | 24.HAIR BRO | 25.EYE Bro | 26.SKIN TONE LGT | 27.ETHNICITY N | 28.MARITAL STATUS U |
|---|---|---|---|---|---|---|---|

| 29.VIC INJURY | 30.VIC/SUS RELATIONSHIP | 31. AGG. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT / E-MAIL ADDRESS |
|---|---|---|---|

## PERSON DETAILS (4 of 6)

| 5.INV 10 | 6. TYPE I | 7.BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) Ballew, Rodshell Latrice | 8.NICKNAME/ALIAS | 9.RACE B | 10.SEX F | 11.DATE OF BIRTH 1986 |
|---|---|---|---|---|---|---|

| 12.HOME ADDRESS (ST NUMBER, APT NUMBER) 9107 Town And Country Blvd Apt. B | | 13.CITY Ellicott City | 14.COUNTY HO |
|---|---|---|---|

| 15.STATE MD | 16.ZIP 21043 | 17.PHONE 443-418-3261 | 18.LICENSE NUMBER | 19.LICENSE ST | 20.SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

| 21.AGE 29 | 22.HEIGHT 501 | 23.WEIGHT 155 | 24.HAIR BLK | 25.EYE BRO | 26.SKIN TONE DRK | 27.ETHNICITY N | 28.MARITAL STATUS U |
|---|---|---|---|---|---|---|---|

| 29.VIC INJURY | 30.VIC/SUS RELATIONSHIP | 31. AGG. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT / E-MAIL ADDRESS |
|---|---|---|---|

## PERSON DETAILS (5 of 6)

| 5.INV 10 | 6. TYPE I | 7.BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) Br      T | 8.NICKNAME/ALIAS | 9.RACE B | 10.SEX F | 11.DATE OF BIRTH 2006 |
|---|---|---|---|---|---|---|

| 12.HOME ADDRESS (ST NUMBER, APT NUMBER) 9107 Town And Country Blvd Apt. B | | 13.CITY Ellicott City | 14.COUNTY HO |
|---|---|---|---|

| 15.STATE MD | 16.ZIP 21043 | 17.PHONE | 18.LICENSE NUMBER | 19.LICENSE ST | 20.SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

| 21.AGE 9 | 22.HEIGHT 405 | 23.WEIGHT 80 | 24.HAIR BLK | 25.EYE BRO | 26.SKIN TONE DRK | 27.ETHNICITY N | 28.MARITAL STATUS U |
|---|---|---|---|---|---|---|---|

| 29.VIC INJURY | 30.VIC/SUS RELATIONSHIP | 31. AGG. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT |
|---|---|---|---|

## PERSON DETAILS ( of )

| 5.INV | 6. TYPE | 7.BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) | 8.NICKNAME/ALIAS | 9.RACE | 10.SEX | 11.DATE OF BIRTH |
|---|---|---|---|---|---|---|

| 12.HOME ADDRESS (ST NUMBER, APT NUMBER) | | 13.CITY | 14.COUNTY |
|---|---|---|---|

| 15.STATE | 16.ZIP | 17.PHONE | 18.LICENSE NUMBER | 19.LICENSE ST | 20.SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

| 21.AGE | 22.HEIGHT | 23.WEIGHT | 24.HAIR | 25.EYE | 26.SKIN TONE | 27.ETHNICITY | 28.MARITAL STATUS |
|---|---|---|---|---|---|---|---|

| 29.VIC INJURY | 30.VIC/SUS RELATIONSHIP | 31. AGG. ASSAULT CIRCUMSTANCE | ADDITIONAL CONTACT / E-MAIL ADDRESS |
|---|---|---|---|

| 39.OFFICER PUGLIESE | 40.OFFICER ID 5921 | 41.DATE 2/18/2015 | 42.SUPERVISOR A. Wall | 43.SUPV ID 5231 | 44.DATE 2/19/15 |
|---|---|---|---|---|---|

| 45.CASE STATUS ☐ ACTIVE FOLLOW-UP DATE _____ ☐ CLOSED/LEADS EXHAUSTED | ☐ CLOSED/CLEARED ☐ CLOSED/WARRANT/CHARGES FILED | 46.DISPOSITION (ONLY COMPLETE WHEN CASE STATUS = CLOSED/CLEARED) |
|---|---|---|

| 47.FORWARD COPY TO: ☒ CIB ☐ YOUTH SECTION ☐ DSS | ☐ CRIME PREV ☐ JSA | ☐ VAN ☐ CO RISK MGMT | ☐ STATE'S ATTY ☐ TELETYPE | ☒ BUREAU CMDR MAJ. JONES ☒ OTHER Capt. Chambers | 48.RECORDS USE ☐ |
|---|---|---|---|---|---|

HCPD 1220 11-24-09

002563

# HOWARD COUNTY POLICE DEPARTMENT RELATED PROPERTY SHEET

| 1. PAGE | NUMBER OF | | TOTAL PAGES | 2 | ☑ CONTINUATION | ☐ SUPPLEMENT | | 3. CASE NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 15-015918 |

## RELATED PERSON DETAILS

| 4. PER NV | 5. TYPE | 6. BUSINESS OR PERSON NAME (LAST, FIRST, MIDDLE) | 7. NICKNAME/ALIAS | 8. RACE | 9. SEX | 10. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| VIC | G | State Of Maryland | | | | |

| 11. HOME ADDRESS (ST NUMBER, APT NUMBER) | 42. CITY | | 13. COUNTY |
|---|---|---|---|
| 3410 Court House Drive | Ellicott City | | HO |

| 14. STATE | 15. ZIP | 16. PHONE | 17. LICENSE NUMBER | 18. LIC/REG ST | 19. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| MD | 21043 | 410-313-3200 | | | |

| 20. AGE | 21. HEIGHT | 22. WEIGHT | 23. HAIR | 24. EYE | 25. SKIN TONE | 26. ETHNICITY | 27. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 28. DATE OF INCIDENT | 29. DATE PROPERTY RECOVERED (STATUS DATE) | 30. OTHER JURIS CODE (RECOVERED STOL EN PROPERTY) |
|---|---|---|
| 2/18/2015 | | |

### RECOVERED STOLEN PROPERTY

## RELATED PROPERTY

| 31. ITEM # | 32. QTY | 33. CATEGORY & IBR STATUS | 34. P-CODE | 35. CAT | 36. MODEL | 37. MAKE OR BRAND | 38. SERIAL NUMBER | 39. DESCRIPTION | 40. EST VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

TOTAL VALUE: $0

| 41. OFFICER | 42. OFFICER ID | 43. DATE | 44. SUPERVISOR | 45. SUPERVISOR ID | 46. DATE |
|---|---|---|---|---|---|
| PUGLIESE | 5821 | 2/18/2015 | | 5238 | 2/9/15 |

HCPD 1318 (REV 05/01/09)

002564