# Exhibit No. 11
# Radio Communications

## ALLEGATION

Improper use of force

## INVESTIGATIVE ACTION

On February 18, 2015, Lt Luckenbaugh was made aware of the incident and provided with a brief summary of what had taken place as noted above on February 19, 2015. Lt Luckenbaugh was provided with a summary from CID and contacted Lt Leppert (CID) to determine what criminal investigation was taking place. Lt Leppert advised that DFC Shaffer had been assigned as the primary investigator with oversight from Sgt Tanis. Lt Leppert informed Lt Luckenbaugh that photographs of Dobbs' injuries had been taken and that he was still at the University of Maryland Shock Trauma Center. He suffered significant facial injuries from the second deployment of the L6 and vision issues were due to swelling of the facial tissue around the eyes. CID was moving forward with forensic analysis of Dobb's Playstation 4, laptop computer and cell phone to which they had not yet determined if Dobb's had held a role in the incident. This incident was indicative of "swatting".

Lt Luckenbaugh captured the audio recordings of both the 911 call from MCAC as well as the subsequent radio transmissions from Patrol, Tactical and Command from Channels Alpha 1 (A1), Charlie 1 (C1), Charlie 2 (C2) and Charlie 4 (C4).

A1 communications between Dispatch and responding units indicated a previous call with Tyran Dobbs at the location as well as alerts that Dobbs was a drug user and resists arrest. Communications on A1 consisted of logistics in response to the call, authorization of a Tactical call-out, setting up alternate communication channels and the staging location. It also identified that the "B" apartment was the second apartment on the right which faces both the front and rear.

Radio communications between C1, C2 and C4 were inter-mixed and are captured in combination below with relevant communications captured as follows:

**Channel C1 normal margin**
**Channel C2 indented**
**Channel C4 <u>underlined</u>**

> 1756 hours: (Cpl Townsend) Armor is set up facing the slider #1 male subject sitting inside
> 1757 hours: (unknown) No calls until fully evacuated
> 1758 hours: (Capt Yetter) Confirming B as in Boy
> 1759 hours: (Cpl Jacobs) Putting in vestibule
> 1800 hours: (Cpl Townsend) Back at the chair or whatever it is
> 1800 hours: (Cpl Townsend) Subject's laying at the window at the slider

1801 hours: (Cpl Townsend) Townsend Command
1801 hours: (Sgt Baker) Go ahead Tom
1801 hours: (Cpl Townsend) Alright we have a subject crawling around on the floor inside the apartment, came up to the slider now he's away again
> 1801 hours: (Cpl Townsend) Doug just so you're aware, subject is crawling around on the floor
> 1802 hours: (Sgt Baker) There is a shotgun inside the apartment, also he indicated he had a handgun and he used the term plastic explosive is what he told MCAC
> 1803 hours: (Sgt Baker) Alright Doug, you have Monti with the truck down there
1803 hours: (PFC Catherman) Hey Tom, what's the guy wearing?

IAD No. AD 2015-008  HCPD 1710
The content of this document is confidential. If you are not authorized to read this document you are in violation of Howard County Police Department General Orders.

002526

1803 hours: (Cpl Townsend) Dark clothing
    1803-1804 hours: Multiple units speaking over each other
1804 hours: (Lt Reidy) Black Jeep Commander
1804 hours: (Lt Price) Ok
1805 hours: (Cpl Townsend) Hey Doug just so you're aware the subject is moving around quite a bit inside, crawling around on the floor, just jumped up ran across the front of the slider going from our right to our left in the apartment, came back across slider now. This little girl just sat down on a chair and appears to be playing an Ipad now
1807 hours: (Cpl Townsend) Townsend to Command this little girl is sitting in the living room looking like she's eating a cookie
    1807 hours: (PFC Catherman) Command we have three coming from E coming to Jake
    1807 hours: (Capt Yetter) Confirm 3
    1808 hours: (PFC Catherman) A had zero people in it B had zero people in it
    1810 hours: (PFC Catherman) Command we have two coming out of C Charlie
    1810 hours: (Capt Yetter) Command is direct
    1811 hours: (Cpl Jacobs) Anymore?
    1811 hours: (PFC Catherman) Stand by for one more
    1813 hours: (PFC Catherman) Doug to Tom
    1813 hours: (Cpl Townsend) Go ahead
    1814 hours: (PFC Catherman) How far are you guys from the slider are you squared up to it?
    1814 hours: (Capt Yetter) Just advise when you're in position for the call
    1814 hours: (Cpl Townsend) Townsend to Command, do you want us to see if we can call this girl out to us?
    1814 hours: (Capt Yetter) Stand by on that, we have a cell phone number for the older Niece
    1815 hours: (PFC Catherman) Doug to Tom, how many bodies do you have in the Bearcat with you?
    1815 hours: (Cpl Townsend) I have two CS, 8 total
    1816-1817 hours: Multiple units speaking over each other
    1818 hours: (Capt Yetter) Are you prepared for them to make the call and when we talk to them how do you want them coming out?
    1818 hours: (PFC Catherman) I prefer them to go out the back slider if they open the blinds, hands up and let Tom's crew deal with them from the Bearcat
    1819 hours: (PFC Catherman) 26 to Command did they ever answer that call, do they have any dialogue inside?
1821 hours: (Lt Price) Any contact?
1821 hours: (Lt Reidy) Calling now
1823 hours: (PFC Catherman) Looks like a female and a child are going to come out the back
    1823 hours: (Cpl Townsend) Looks like a #1 female putting a coat on and coming out
    1824 hours: (Cpl Townsend) Older female coming out
    1824 hours: (Capt Yetter) Contact was made with the older
1824 hours: (Lt Price) Anything on the male?
1824 hours: (Lt Reidy) They're outside, she uh, she advised she knows why we're there but can't really get into it
1824 hours: (Sgt Ream) We have two females, one younger and one older
    1825 hours: (Cpl Townsend) They're at the Bearcat with us...she does, we have two older females, we still have a male inside and a...
    1826 hours: (Sgt Baker) Jason to Tom, is there any way to evacuate those two out?

IAD No. AD 2015-008    HCPD 1710
The content of this document is confidential. If you are not authorized to read this document you are in violation of Howard County Police Department General Orders.

002527

1826 hours: (Cpl Townsend) I believe you can get Patrol to the parking lot and we can escort them over to them
1827 hours: (Cpl Townsend) 301-875-2334
1827 hours: (Lt Reidy) Mike you here?
1827 hours: (unknown) go ahead for him
1827 hours: (Lt Reidy) she advised over the phone that subj...
1828 hours: (Lt Price) Ok, according to Tac guys, they've seen him walking around low crawling so I may not be getting reliable information but they've got information that he's walking around, they've seen him
1828 hours: (Lt Reidy) alright, well
1829 hours: (Capt Yetter) We attempted to contact the suspect by cell phone, no answer
1831 hours: (Cpl Townsend) Has anyone had contact with Tom Dobbs?
1831-1834 hours: Multiple units speaking over each other
1834 hours: (Lt Reidy) Hey Matt, are you there?
1834 hours: (Lt Price) I'm it Jen, Matt's tied up right now
1834 hours: (Lt Reidy) The girlfriends dad...trying to find out from uhh..if she's inside
1834 hours: (Lt Price) Ok
1835 hours: (Lt Price) The number you called, is that the girlfriends cell phone number and the dad answered, do you know?
1835 hours: (Lt Reidy) It's the number we got from LiNX, for Aneela apparently that what she's documented before
1835 hours: (Lt Price) Ok, so it went right to the father, see when they get down there if see if we can call the number back to see if she's got another phone that we can call
1835 hours: (Cpl Townsend) Two female subjects will be with Patrol
1841 hours: (Cpl Townsend) inaudible...closed the door
1842 hours: (Lt Price) Is it all the same, the plan is that he comes out the back? Hey Jen, he saw the Tac guys, confirm if you still have an open line or is hung up?
1843 hours: (Capt Yetter) Open line, no contact anymore
1844 hours: (Lt Price) Any inference of that?
1844 hours: (Lt Reidy) He sounded sleepy, we asked him if he was sleeping and he said yes
1845 hours: (Lt Price) Ok, hey Jen they have him at the back door inside the apartment, just for your ten for...
1845 hours: (Cpl Townsend) We have subject at the door
1845 hours: (Cpl Townsend) Still inside.....inside
1846 hours: (Lt Reidy) Well known he has mental health issues
1846 hours: (Cpl Townsend) L6
1846 hours: (Lt Price) Stand by L6 deployed stand by L6 deployed stand by
1846 hours: (Lt Price) They're still waiting on the girl
1846 hours: (PFC Catherman) Everybody stand by everybody just stand by. Hold the front door Mike. You copy Brownie?
1846 hours: (PFC Catherman) 26 Command
1846 hours: (Capt Yetter) go ahead
1846 hours: (PFC Catherman) 43 they took an opportunity, they have him, they're cuffing him up right now, just stand by and I'll advise
1847 hours: (Capt Yetter) We have confirmation that the female is in the residence?
1847 hours: (PFC Catherman) Yeah, we're clearing now, just stand by, suspect's in custody
1847 hours: (Sgt Baker) Confirm, L6 was deployed?
1847 hours: That's correct
1847 hours: (Lt Reidy) You have both in custody?
1848 hours: (Lt Price) Once we get things a little more squared away, father and the relative
1848 hours: (Lt Reidy) We can disregard any further calls, correct?

IAD No. AD 2015-008  HCPD 1710
The content of this document is confidential. If you are not authorized to read this document you are in violation of Howard County Police Department General Orders.

002528

1848 hours: (Lt Price) Yeah, go ahead and start breaking things down
1849 hours: (PFC Catherman) Alright all the Tac guys start collecting your gear unless you're security with the medics or female
1850 hours: We're gonna get him out to the ambo first before we bring patrol in
1851 hours: (PFC Catherman) 26 Command, we'll be waiting out front for the ambo
1851 hours: (Doctor Levy) Levy to Baker
1851 hours: (Sgt Baker) Go ahead doc
1851 hours: (Doctor Levy) I'm on board Ambulance 2-6, we're heading down to that location now, we've got a paramedic unit inbound, I'll administer care here then head back up to the Command Post with you
1851 hours: (Sgt Baker) Direct, thanks Doc
1852 hours: (PFC Catherman) We're just cleaning up our stuff and getting everyone accounted for
1853-1907 hours: Various communications unrelated to L6 deployment

Based on radio transmissions, it sounded as if the Command Post did not arrive on scene until approximately 1820-1830 hours.

Netviewer review of the call was captured as well as I-leads history for Dobbs. It was noted that Tyran Dobbs had multiple I-leads entries from 2008-2014 and two recent alerts for drug user and resists arrest. Incident reports, supplements and use of force reports were also captured relevant to the injury to Dobbs. Photographs of the incident scene and Dobbs' were also obtained through CST Terri Payne.

During the course of the resulting investigation, it was determined that two civilians captured the deployment of Tactical officers and the Bearcat during the operation by video. Both videos were obtained on February 23, 2015 by CID; however, subsequent interviews of the civilians by CID were fruitless. Both videos were captured from approximately the same location and Lt Luckenbaugh obtained them through Lt Leppert. Another civilian was interviewed by DFC Shaffer and Cpl Branigan after the incident and provided information consistent with the videos.

The first video only captured the Bearcat and its deployment to the rear of the residence and was approximately ten (10) seconds in length. The second video was captured from a short distance away from the Bearcat, was approximately fifty-four (54) seconds long and detailed the following:

- Bearcat parked to the rear of the residence (slider side), facing in toward the residence with lighting illuminating the rear of the residence.
- There are two female voices in the background during the 54 seconds stating "Fuck....oh my god we just got that...did they shoot him....yeah (inaudible)...oh my fucking god....oh shit....I don't think that was bullets do you....that was bullets Kara, did you see the guns" (video ends). The female voices are irrelevant to the investigation thus not captured within the timestamps below.
- Commands can be heard from officers at the Bearcat toward the residence as following:
  - Inaudible but vocal statements from :01 through :04 (seconds)
  - :05 – What was that again?
  - :06 – Put both hands up
  - :08 – Alright man put your hands up
  - :10 – Put your hands up
  - :11 – Put em up, put em up (<u>from the Bearcat PA</u>) and multiple other commands that are inaudible from other officers
  - :13 – Deployment of first and second L6 rounds
  - :14 – Crying / moaning coming from the residence


The content of this document is confidential. If you are not authorized to read this document you are in violation of Howard County Police Department General Orders.