# Exhibit No. 15
# CAD Reports



ALLAN H. KITTLEMAN
*County Executive*

GARY L. GARDNER
*Chief of Police*

## HOWARD COUNTY DEPARTMENT OF POLICE
3410 Courthouse Drive, Ellicott City, MD 21043

### CERTIFICATION OF RECORDS OF AUTHENTICITY - BUSINESS RECORDS

I, __Janet Saunders__, hereby certify that:

1. I am employed by the Howard County Department of Police, Communications Division, in the position of Administrative Aide. As a part of my job within the Communications Division, I routinely create, organize, and maintain audio recordings of 9-1-1 telephone calls, dispatch messages, and related radio transmissions.

2. I am providing records pursuant to a request, received on __02/23/2015__, and validly issued to the Howard County Police Department.

3. Attached hereto are one true and correct copies of records for __Lt. Luckenbaugh__ from the Howard County Police Department. I certify as follows:

    a. that I have provided an audio recording of a 9-1-1 telephone call and/or a Howard County Police dispatch call and related radio transmissions, identifiable by the number __20150186__, as specified on the label of the CD.

    b. that these records are kept by Howard County Police Department in the regular course of it's business, and it was the regular course of business of the Howard County Police Department for an employee or representative of the Police Department with knowledge of these matters to make the record or transmit information thereof to be included in such records; and

    c. that these records were made at or near the time of the act, event, condition, or opinion; and

    d. that the audio recording is a true copy of the original.

As to these records, I declare under penalty of perjury that the foregoing is true and correct.

Date of Execution:   2/23/2015

Place of Execution:   3450 Court House Drive, Ellicott City, MD. 21043

Signature:   *[signature]*

(410) 313-2300
WWW.HCPD.ORG
HCPD@HOWARDCOUNTYMD.GOV

*Nationally Accredited Since 1990*



002550

P150490305 - BOMB - Bomb Threat
9107 TOWN AND COUNTRY BLVD EC,B

02/18/15

## EVENT INFORMATION - P150490305

| Event Type | Event ID | Priority | Status | Source | DGroup | Case Numbers | Disposition Code | Terminal | Dup No. | Calltaker ID |
|---|---|---|---|---|---|---|---|---|---|---|
| BOMB | P150490305 | 2 | A | | ND | C150015918 | SERV | nct06 | | 5161 |

## AGENCY INFORMATION

| Agency | Priority | DGroup | ESZ | Area | Added | Dispatched | Arrived | Closed | Close ID | Close Terminal | Event ID | Primary Unit | Situation | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCFR | 9 | BATT2 | 2041 | 0241 | 02/18/15 16:59:12 | 02/18/15 16:59:23 | 02/18/15 18:28:24 | 02/18/15 21:22:24 | 5630 | nfd01 | F15005433 | TACS2 | | |
| HCPD | 2 | ND | 12217 | A2 | 02/18/15 16:12:25 | 02/18/15 16:14:23 | 02/18/15 16:16:24 | 02/18/15 22:22:53 | 5581 | npd04 | P150490305 | 1A21 | | |

### REMARKS  ⊙ Common  ○ Agency Specific

### LOCATION INFORMATION

9107 TOWN AND COUNTRY BLVD EC,B

X-STREET 1: NORTH RIDGE RD
X-STREET 2: WEST SPRINGS DR

Location Choices



A MAN WITH A BRITISH ACCENT NAMED TYRONE CALLED MCAC AND ADV HE HAS 3 HOSTAGES...HE
SAYS HE HAS A LOADED GUN...UNK WHAT KIND OF GUN...ALSO ADV HE HAS SEVERAL BAGS OF
PLASTIC EXPLOSIVES...DEMANDS $15,000 IN CASH DELIVERED IN A RED BAG DELIVERED TO THIS
ADDRESS...PARTIAL PHONE NUMBER 702-973-1416...CALL WAS RECEIVED AT APPROX 1600 HOURS...HE
SAID WHEN THE MONEY WAS DELIEVERD HE WOULD DROP THE HOSTAGES OFF IN 3 SEPARATE
STATES...ADV HE WOULD START EXECUTING HOSTAGES AT 16:15
HE CALLED THE MO TERRORIST HOTLINE
NOPAGE
CADH HX THFVEH, MEDICALS, INTOX
NOPAGE
NOPAGE
NOPAGE
THIS IS THE ADDRESS HE GAVE FOR THE MONEY TO BE DELIVERED
SUSP LOCATION IS UNK
*PREVIOUS MEDICAL CALL SHOWS PD RAN: DOBBS, TYRAN MALIK 4/16/95
MEDICAL WAS A 19YOM DIABETIC
1A21 -- WAS OUT WITH THIS SUBJ BEFORE...HE WAS ON SOME KIND OF CDS
1A10 -- ALL UNITS MEET AT THE HIGHS
29 NEG...ALERTS CDS USER, RESISTS
ILEADS NEG ON THE P/S
702 IS A LAS VEGAS AREA CODE
ALL P/S IN I/LEADS
443-820-6318
301-875-2334
301-875-9310
DOBBS, THOMAS (443) 250-7380
LT. PRICE MONITORING ALPHA 1
240-671-1919
System Unit Alarm
1831 1A41 -- ON THE REAR OF THE BUILDING
DOBBS, TYRAN MALIK 04061995
100 -- MEET TO THE REAR OF 8722 TOWN AND COUNRY
NOPAGE
100 -- CALL OUT TAC AND NEGOTIATORS
1A21 -- APT B IS 2ND APT ON THE BOTTOM TO THE RIGHT...IT FACES THE FRONT AND REAR
100 -- units on scnee to do a roll call...
1A21 - SIDE 1
1A1100 INTERNATIONAL MARKET
1A22 - STAGING
1A41 - REAR OF RES
1831 - REAR OF UNIT
TAC AND CINT TEAM B PAGED
\\
APARTMENTS LOOK OUT TO FRONT AND REAR
CF2 - WORKING CHARLIE SIDE
CF2 AND GARROWAY
BC2 AWARE OF CALL
TACS2 IS ENROUTE
**CS2
TACS2 DOESNT HAVE HIS PORTIBLE YET---PLEASE ADV CMD
100 = CMD
TAC28 - OL
TACS1 - ER

5 - ER... NORTH 23 ER
NOPAGE
NOPAGE
1D10 = N21
TAC23 - ER....
8722 TOWN AND COUNTRY AT INTERNATIONAL MARKET FOR STAGING
NOPAGE
NOPAGE
NOPAGE
N28 ER
System Unit Alarm
N1 - NTFY CMD POST
NOPAGE
Alarm Timer Extended: 0
System Unit Alarm
New equipment list for Unit [5] :
CMD POST BEING PICKED UP BY GERMAIN
CS2 - TO PATROL UNITS ON CHARLIE SIDE OF RES.... EXACT POSTION OF UNITS ARE 50 YRDS BEHIND
APTS ALONG WOODLINE...
TAC10 - RESEND PAGE TO ALLTAC GROUP
FD/LAGRAV FOR CMD POST IS ENROUTE
Alarm Timer Extended: 0
1A21 - A22
OEM17 - ER FOR CMD17 15 MIN ETA AT 1715
CS2 - 831= NO MOVMENT INSIDE RES
N29 - ER TO STAGING
NOPAGE
TAC19 ER
NOPAGE
1A21 - ANY VEH FOR ADDRESS?
1A10 - BLK JEEP, SHOULDNT HAVE KEYS, KEYS ARE WITH NIECE
1A10 - ALSO EL CAMINO... SHOULDNT HAVE KEYS FOR THAT EITHER
5422 OL
NORTH23 OL STAGING
TAC23 - STAGING
MCAC/NEUENSCHWANDER WILL CALL LT PRICE DIRECTY
CS2 - PRIORITY SHOT IN BACK...2 PATROL IN BACK... PATROL TO MOVE TOWARDS DELATA SIDE OF
STRUCTURE
NORTH24 5348 - ER
System Unit Alarm
NOPAGE
NOPAGE
CS2 - TAC10 11 OCLOCK, 60 YRDS
System Unit Alarm
***SIDE ALPHA FACING TOWN AND COUNTRY
System Unit Alarm
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
26 - SHUT DOWN TOWN AND COUNTRY FROM NORTH RIDGE SIDE
System Unit Alarm
CMD - CMD - NO PATROL INSIDE BUILDING
A21 - ON ALPHA SIDE....
100 - A21 TO SHUT DOWN T & C @RIDGE
1A21 - HAS T&C SHUT DOWN AT NORTH RIDGE
26 - TAKE FOUR AND GO TO VESTIBULE... HOLD APT... CLEARING VESTIULE AND STAIRCASE
BLINDS ON WINDOWS TO RIGHT SIDE OF DOOR....
System Unit Alarm
100 - A41 CLEAR POST TO SHUT DOWN T&C PRIOR TO ENTRANCE, 9107
1A41 TO SHUT DOWN T&C AT WEST SPRINGS
New equipment list for Unit (N24) : INTOXIMTR:1, RIFLE:1, AEDP:3, SPANISH:1
Alarm Timer Extended: 0
Alarm Timer Extended: 0
TOTAL TRAFFIC NOTIFIED
26 - PHONE CONTACT FOR APT A?
26 - START EVAC ALL UNITS IN 9107?
26 - FREE PATROL TO GO TO 9103 CAN BRING OUT EVACUEES
443-820-6318
AND 301-875-2334
LISTED TO TYRAN MALIK DOBBS
^^LISTED FOR APT A
OTHER CONTACT IS THOMAS BARRY DOBBS PARENT 240-671-1919
AND 301-875-9310

002552

System Unit Alarm
N24, LEASING OFFICE FOR MAINT TO STAGING AREA
HOWARD XING
System Unit Alarm
ANOTHER NUMBER FOR 9107 APT A, NOT SHOWING AS OUR SUSPECT.... 410-913-2046 AJITH,
VARGHESY
410-465-3400
NEED MAINT TO STAGING AREA 8722 TOWN AND COUNTRY INDIA MARKET
System Unit Alarm
A41 - T&C BLOCKED AT WEST SPRINGS
System Unit Alarm
26 - NOLA, BROWN, ROSE AND MYSELF IN VEST
APT A IS CRUCIAL EVAC APT
CS1 - 5 OCLOCK
MAINT HAS BEEN PAGED
System Unit Alarm
System Unit Alarm
NEGATIVE CONTACT ON APT A VIA TELEPHONE
N24 - MAINT COMING TO SCENE
System Unit Alarm
System Unit Alarm
26 - NEXT CREW TO BRING KEYS TO APTS
WALL BTWN THE NEIGHBORING APT SLIDERS
CMD - APT A IS NOT HOME.... APT A IS VACANT
SUBJ WALKING UP FRONT SIDEWALK
COMING IN FRONT DOOR
WENT IN TO BUILDING NEXT DOOR...10-22
TAC23 BRING ANOTHER PATROL, GETTING IN THROUGH SIDE STREET
TARGET ADDRESS LOWER LEVEL LEFT SIDE FROM THE BACK
1A4L - VEHS ARE TURNING IN POOL AREA, COMING AROUND PASSED TO TARGET
1831 - TO SHUT DOWN BIG LOOP BY THE POOL
NO CAD HX APT D
Alarm Timer Extended: 0
EVACUATING PEOPLE IN A MIN....
CS1 DIRECT
I HAVE A CALLER ON THE LINE
WHO ADV SHE IS DISABLED
AND CANNOT WALK IN TO HER BUILDING
NEEDS TO DRIVE
3 ADULTS FEMALE AND JUV FEMALE OUT OF APT E.... BEING EVAC
CS1 ON SIDEWALK NOW
SUBJ CRAWLING AROUND ON FLR, CAME TO DOOR.... CRAWLING AROUND AGAIN
SHOTGUN INSIDE APT, INDICATED HE HAD A HANDGUN, POSS PLASTIC EXPLOSIVES
WE HAVE UNITS IN APT A
SUBJ WEARING DRK CLOTHING
System Unit Alarm
Alarm Timer Extended: 0
SUBJ MOVING AROUND QUIET A BIT, LITTLE GIRL ALSO IN THE APT, WENT FROM LEFT TO RIGHT INSIDE
APT
APPEAR TO BE IN KITCHEN AREA, COMING BACK ACROSS SLIDER
LITTLE GIRL, SITTING IN CHAIR PLAYING ON IPAD
CS1 - UNK IN THE BEDROOM
LITTLE GIRL, SITTING IN CHAIR IN LIVING ROOM
CMD17 - 2 MINS
2 COMING OUT OF APT C
LORI BOONE/PIO MADE CONTACT
BC1--HAVE A26 GO TO 8722 TOWN AND COUNTRY
FEMALE AND CHILD COMING OUT BACK
YOUNGER FEMALE PUTTING COAT ON... COMING OUT NOW....
COMING OUT BACK DOOR....
2 FEMALES, 1 YOUNGER, 1 OLDER... OLDER SAYING MALE SUBJ AND GIRLFRIEND STILL INSIDE
BOTH FEMALE SUBJS IN REAR OF BEARCAT.... SAYING THERE ARE NO EXPLOSIVES INSIDE, UNK ON
HANDGUNS
BEARCAT TO LIGHT UP TWO WINDOWS AT TARGET LOCATION, TO RIGHT OF STAIRS
REAR SLIDER NOW OPEN
PATROL UNIT COMING UP TO PICK UP 2 FEMALES
SLIDER COMPLETELY OPEN
A22 - OL TO PICK UP FEMALES
2 FEMALE SUBJS WITH PATROL (A22) AT THIS TIME... BRING THEM TO REAR OF CMD POST
N24 REQ A PING ON CELL PHONE 443 418 3261 SPRINT PROVIDER
SPRINT GAVE GPS OF 39.29521 , -76.81898 W/ 435M RADIUS
N24 REQ PING ON CELL PHONE 301 875 2334
NO LAT AND LONG N SECOND PHONE (2334) AT THIS TIME

NO [AT AND LONG N SECOND PHONE (####) AT THE
OPEN LINE NO CONTACT WITH SUBJ, BELIEVE HE IS C... NG OUT AT THIS TIME
VERIZON PHONE PING: 39.28710, -76.82358
SUBJ IS AT THE DOOR
SUBJ BACK INSIDE
HOLD THE FRONT DOOR...
MOVING IN
26 - CUFFING SUBJ NOW
4701 - EVERYONE 10-4... SUSPECT IN CUSTODY AT 1847
STARTING AMBO
TAC TO COLLECT GEAR
SGT BAKER REQ AMBO UNIT THAT IS STAGING
MEDICAL 1 WANTS ALS UNIT NOT BLS
100 - SEND PATROL TO VESTIBULE
A21 - TO RESPOND TO 9107 VESTIBULE
MEDICAL1 -- NEED ALS UNIT P2 TRANSPORT
1A21 COLLECTING EVIDENCE AROUND BACK
1B31 WILL BE GOING W/ SUSP TO HOSPITAL IN AMBO
1A21 IS IN RESD W/ ANOTHER FEMALE
CHARLIE CHANNELS ARE NO LONGER BEING MONITORED
A25 -- P2N
100- HAVE CRIMELAB RESPOND TO THIS LOC
C/L PAYNE NOTIFIED AND IS RESPONDING
A25 -- LEAVING TRAUMA... 2008

## CALLER INFORMATION

Name: MCAC- SGT NEUENSCHWANDER
Phone: (800) 492-8477
Address:

## SUPPLEMENTAL INFORMATION

Person 1

| | |
|---|---|
| Sex | Race |
| Hair | Eye |
| Age | Height |
| Weight | Remarks |
| Name DOBBS, TYRAN MALIK | DOB 04061995 |
| Unit ID | |

Vehicle 0

Property 0

Contact Name 0

Incident Times 0