# Exhibit No. 25
# Howard County Fire Department Records

HOWARD CO. DEPT. FIRE & RESCUE
AGENCY ID: 130000
6751 COLUMBIA GATEWAY DR.
Suite 400
Columbia, MD 21046
PHONE: 410-313-6000
TOLL FREE:
FAX: 410-313-6027
swilson@co.ho.md.us

# *Official Hospital Report

Call #: R15004695

Marked Completed (CST): 02/18/2015 20:33:36

PCR #: 01315004100

## Patient Information

| | | |
|---|---|---|
| **Patient Name:** Dobbs, Tyran | Age: 19 Years<br>Gender: Male<br>Weight (lbs): / (Kg):<br>Phone: | D.O.B.: '1995<br>SSN:<br>Race:<br>Ethnicity: |

Address: 9107 TOWN AND COUNTRY
Rm/Apt: B
City: ELLICOTT CITY    State: MD    Zip: 21043

## Provider Impression

**Provider Primary Impression**
Traumatic Injury

**Provider Secondary Impression**

**Patient Priority**
Priority 2 - Patient Less Serious (Urgent / Potentially Life Threatening)

**Patient Category**
D - EMS provider judgment

**Last Known Well Date/Time:**

## Protocols Used

General Patient Care ONLY

## Narrative

**Summary of Events**

Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Page Total 1 of 9
PDF Generated 02/21/2018
(CST) 13:28:25

Patient:: Dobbs, Tyran
Incident #: F15005433

pt is a 19yom found in a26 in the care of HCDFRS medical director and HCDFRS tac51

c/c- injured nose

hpi- pt was struck w/ 2 "L6 rounds" which were described by tac officers as a less than lethal 40mm rubberized round. pt was moved to the back of a26 were HCDFRS tac 51 and HCDFRS medical director initiated assessment and care.
pmhx- iddm
meds- as documented
algs- as documented

ax- pt AO3, disoriented to time
v/s as recorded
pt's nose suffered significant trauma resulting a rupture type injury of the soft tissue exposing bone/cartilage.
pt was additionally struck in his inferior L rib cage anterior/axillary line. no obvious rib fracture however swelling and significant pain at the injury site. initially lung sounds were clear and equal however over the course of pt encounter the left lower quadrant had slightly decreased sounds.
PE otherwise negative
bgl 436mg/dl
pt denies etoh or CDS
3-lead shows an irregular sinus rhythm, likely sinus arrhythmia however it may have been a sinus pause.
12-lead (x2) shows no axis deviation

rx- bleeding at nose controlled w/ 5x9 bandage and gauze. no collar placed and pt positioned seated with and propped forward to prevent any hemorrhage from impacting pt's airway. this treatment directed by HCDFRS medical director.
18g IV established R AC w/ approximately 200ml LR infused

tx- pt transported p2 to 634 w/ consult in route. pt transferred bed #6 report given.

Tac51 Addendum:
During apprehension of suspect, suspect was non-compliant to HCPD repeated commands. Pt was hit with two L6 less-than-lethal rounds. Rounds hit Pt in the bridge of nose and L anterior/axillary chest at approx 5th rib. No apparent LoC. Pt was initially altered to time and place becoming more oriented during Tx. Pt stated that he had not used CDS or ETOH today. PMHx DM, Rx Insulin, KDA to amoxicillin. Pt assessed while seated on floor and in position of comfort on cot. Pt appears A and O x 2, initially confused to time. No loss of consciousness noted. Pt conversing in full sentences, maintaining own patent airway with position. Breathing reg full unlab. Pulses mildly irreg, full, equal. Skin warm dry w/o cyanosis. HEENT with traumatic injury to bridge of nose, swelling of L side of face, lac/degloving of tissue at bridge of nose approx 2-4" full thickness, tissue around L eye swollen to the point of Pt not being able to see out of it. Bleeding controlled with dressings/bandaging. R eye appears unaffected. Unable to fully assess L eye due to swelling. Neck neg pain, crepitus, deformity upon palp. Chest stable with equal bilat rise/fall. Lungs initially equal bilat with diminished L lung sounds during Tx. Approx 2" circular contusion/abrasion to L anterior/axillary chest below nipple at approx 5 rib with swelling, pain, tenderness. No apparent flail chest. Abd soft, non-tender. Pelvis stable. GI/GU neg fluids. Extrem unremark. PMS x 4 w/o deficit.
R/O: traumatic injury secondary to deployment of two less than lethal rounds, pulmonary contusion, rib fx, laforte fx, cardiac contusion, eye trauma.
Pt Tx to RAC Shock Trauma P2E. Pt care transferred to TRU. Pt became more oriented during Tx.

Medical Director Addendum:
During the support of a tactical medic call out I encountered the patient a 19 M who presented ambulatory in police custody with a laceration and swelling to the face and contusion to the chest being attended to by DFRS tactical paramedics. It was reported that the patient was hit with an impact munition. Pt denied LOC. Denies pain to head, neck, back. Denies recent alcohol or illicit use. Complained of pain to face and to the left chest and decreased vision from the left eye. On brief exam, major hemorrhage was controlled with pressure dressing. He was protecting his airway, handling sections. Exam of the face revealed approx 10cm jagged laceration across the bridge of the nose with significant deformity and exposed bony structures. Also swelling to the left orbita; soft tissues which limited assessment of the eye. Pt did endorse subjective decreased vision from the left eye. No gross mid face instability. Lungs were clear without paradoxical chest wall movement or evidence of respiratory distress. Contusion to the left lower chest with surrounding focal TTP. Abdomen soft with LUQ TTP. No peritonitis. No evidence of extremity hemorrhage or fracture. Neuro exam remarkable for GCS 15, CA&O x II, slightly confused. He was promptly moved to an awaiting DFRS ambulance where measures were taken to protect him from the harsh environmental conditions and minimize heat loss. Shortly thereafter he was transported to the Shock Trauma Center by DFRS paramedics.

## Trauma Category

D - EMS provider judgment
Mechanism of Injury: Blunt
Trauma Referral Center Notified: Yes

Cause of Injury: Struck by Blunt/Thrown Object (E968.2)

## Prior Aid

| Prior Aid | | Performed By | Outcome |
|---|---|---|---|
| Not Applicable | | Not Applicable | |

## Glasgow Coma Score

| Time | Eye | Motor | Verbal | Score Qualifier | Total |
|---|---|---|---|---|---|
| 19:08:15 | Opens Eyes spontaneously - 4 | Obeys commands with appropriate motor response - 6 | Disoriented and Converses - 4 | Initial GCS has legitimate values without interventions such as intubation and sedation | 14 |
| 19:15:36 | | | | | |
| 19:17:16 | | | | | |
| 19:21:37 | | | | | |
| 19:27:48 | | | | | |
| 19:35:58 | Opens Eyes spontaneously - 4 | Obeys commands with appropriate motor response - 6 | Disoriented and Converses - 4 | Initial GCS has legitimate values without interventions such as intubation and sedation | 14 |

## Past Medical History

MEDICATION ALLERGIES                Generic Name                Description

Patient:: Dobbs, Tyran
Incident #: F15005433

Amoxil    Amoxicillin

Environmental / Food Allergies

| Name | Description |
|---|---|
| None | |

**Patient Medications**

| Name | Generic Name | Dosage Unit | Dosage | Description |
|---|---|---|---|---|
| Humulin | Insulin | | | |

**Medical Surgery History**
Diabetes - Insulin Dependent

History Primarily Obtained From        Preg.        Advanced Directives        Pract. Name
                                                    None

## Assessment Exam

Medical Assessment
Injury Assessment

| Injury # | Injury Site | Injury Detail |
|---|---|---|
| 1 | Face | Bleeding Controlled, Crepitus, Laceration, Soft Tissue Swelling/Bruising face |
| 2 | Thorax | Pain/tenderness, Soft Tissue Swelling/Bruising chest |

Burn Assessment

## Patient Condition

Chief Complaint: Traumatic injury X 30 Minutes
Secondary Complaint:
Alcohol/Drug Use:
Primary Symptom: Pain
Other Symptoms:

## Patient Vitals

| Time | PTA | Resp onse | Resp | Airw ay | Breat hing | ETC O2 | Puls e | Rhyt hm | BP | BP Loca tion | Cardi ac Rhyt hm | Gluc ose | SpO 2 | SpO 2 Quali fier | Pt. Posit ion | Carb on Mon oxid e (CO) | Tem p (F) | Tem p (C) | Tem p. Scal e (0-10) | Pain Scal e (0-10) | Pain Scal e Type | Strok e Arm | Strok e Face | Strok e Spee ch | Strok e Scal e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:08 :15 | | Alert | 18 | Paten t | Norm al | | 97 | | 136/8 8 | Left Arm | | 438 | 96 | At Roo m Air | Fowl ers | | | | | 9 | Num eric | Norm al | Norm al | Norm al | Nega tive Cinci nnati Strok e Scale |
| 19:15 :36 | | | | | | | 60 | | 138/7 8 | | | | 99 | | | | | | | | | | | | |
| 19:17 :16 | | | | | | | 69 | | 133/1 02 | | | | 97 | | | 0 | | | | | | | | | |
| 19:21 :37 | | | | | | | 103 | | 146/9 4 | | | | 96 | | | 18 | | | | | | | | | |
| 19:27 :48 | | | | | | | 55 | | 141/9 0 | | | | 97 | | | 11 | | | | | | | | | |
| 19:35 :58 | | Alert | 16 | Paten t | Norm al | | 81 | | 153/8 8 | | | | 95 | | | 2 | | | | | | | | | |

## ECG Monitor

| Time | Crew ID | EKG Lead | Interpretation | EKG Ectopy | Cause for Change |
|---|---|---|---|---|---|
| 19:17:16 | BUC, JASON | | | | |
| 19:29:15 | BUC, JASON | | Sinus Arrhythmia | | |
| 19:38:11 | BUC, JASON | | Sinus Arrhythmia | | |

## Procedures & Treatment

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|---|
| 19:14:00 | EVERETT, CHRISTOPHER | Venous Access - Extremity | Antecubital-Right | 18g | 1 | Unchanged | Yes | |
| 19:29:15 | BUC, JASON | 12 Lead ECG | | | 1 | | Yes | |
| 19:38:11 | BUC, JASON | 12 Lead ECG | | | 1 | | Yes | |
| 19:59:58 | BUC, JASON | Cardiac Monitor | | | 1 | | Yes | |

## Intubation Confirmation

| Date/Ti me | Metho d of Securi ng ETT | Verifie r | Abdo minal Sound s | Lung Sound s Left | Lung Sound s Right | Chest Rise Left | Chest Rise Right | EDD Inflate s | EDD Syring e Draws Back | Tube Depth At | Tube Depth | EDD | Tube Mistin g | Verify Tube Place ment | ETCO2 Numer ic | ETCO2 Color | ETCO2 Wave Form | Preoxy genati on Done | Airway Verific ation X-Ray | Airway POGO Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:14:0 0 | | | | | | | | | | | | | | | | | | | | |
| 19:29:1 5 | | | | | | | | | | | | | | | | | | | | |

Inc. Date: 02/18/2015                                                             Page Total 3 of 9
Incident #: F15005433                                                            PDF Generated 02/21/2018
                                                                                 (CST) 13:26:25
Unit: A25

Patient:: Dobbs, Tyran
Incident #: F15005433

19:38:11

19:59:58

## Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|
| 19:15:00 | EVERETT, CHRISTOPHER | Lactated Ringers | Intravenous (IV) Fluids | 250 ML | Unchanged | No | |

## Call Type & Location

Dispatch Reason: Not Applicable
Response: Lights and Sirens
Dispatch Level:
Response Request: 911 Response (Scene)
Location Type: Residential - House/Apartment/Dorm
Incident Address: 9107 TOWN AND COUNTRY
Apt. # B
EC, MD 21043

## Call Disposition

Primary Role of Unit: Transport - ALS Care Provided
Treatment & Transport Disposition: Treated, Transported by This Unit
Destination Determination: Specialty Resource Center
Destination Name: R Adams Cowley Shock Trauma Center - 634
Destination Address:
Baltimore, MD 21201
Response Delay: None
Scene Delay: None
Transport Delay: None

## Response Times & Mileage

PSAP: 02/18/2015 16:59:12
Disp. Notified: 02/18/2015 16:12:25
Unit Disp.: 02/18/2015 18:49:44
Enroute: 02/18/2015 18:50:53
Arrive Scene: 02/18/2015 18:55:13
Arrive Patient: 02/18/2015 18:56:00
Leave Scene: 02/18/2015 19:18:40
Arrive Dest.: 02/18/2015 19:37:54
Pt. To Hosp.: 02/18/2015 19:50:00
In Service: 02/18/2015 20:25:38
Unit Cancelled:
In Quarters:

Starting Odometer:
At Scene Odometer:
Destination Odometer:
Ending Odometer:

Incident #: F15005433
Responding Unit: A25
Unit Call Sign: A25

Loaded Miles:

Total Mileage: 0

## Unit Personnel

| Name | Level | Role |
|---|---|---|
| BUC, JASON | Paramedic | Primary Patient Caregiver |
| CARTER, WARREN | EMT | Driver |
| EVERETT, CHRISTOPHER | Paramedic | Secondary Patient Caregiver |
| LEVY, MATTHEW | Physician | Third Patient Caregiver |

## Billing Information

Work Related: Not Applicable

## Service-Defined Questions

Was this call related to a suspected opioid, heroin, or fentanyl overdose?: No

Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Page Total 4 of 9
PDF Generated 02/21/2018
(CST) 13:28:25

Patient:: Dobbs, Tyran
Incident #: F15005433

**Ambulance Crew Member Statement**
My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. My signature is not an acceptance of financial responsibility for the services rendered.

| I Agree | I Disagree | Not Applicable |

**Technician**
I acknowledge that I have provided the above assessments/treatments for this patient.

| **I Agree** | I Disagree | Not Applicable |



Printed Name: JASON BUC Date: 02/18/2015
Reason patient unable to sign:

## Valuables

Valuables:
Belongings Left: Not Recorded

Patient:: Dobbs, Tyran
Incident #: F15005433

Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Page Total 5 of 9
PDF Generated 02/21/2018
(CST) 13:28:25

Patient:: Dobbs, Tyran
Incident #: F15005433

**EKG Wavestrip**

Time: 19:08:15  Monitor Type: Physio-Control
File Name: Physio_20150218190815_90af5f44-f5e7-43d7-9be6-2d1311406793.jpeg



Time: 19:15:36  Monitor Type: Physio-Control
File Name: Physio_20150218191536_868b8389-e841-4c17-80f1-04f973874eaa.jpeg



Time: 19:17:16  Monitor Type: Physio-Control
File Name: Physio_20150218191716_5992a25d-a0a2-446a-ab04-ea8d170fc1ee.jpeg

Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Page Total 6 of 9
PDF Generated 02/21/2016
(CST) 13:28:25

Patient:: Dobbs, Tyran
Incident #: F15005433

| Name: | | Initial Rhythm | 7:17:17 PM | SpO2•PR | 97•69 |
| --- | --- | --- | --- | --- | --- |
| ID: | 021815190634 | | | SpCO | 0 |
| Patient ID: | | | | SpMet | --- |
| Incident ID: | | | | | |
| Location: | | | | | |
| Age: 19 | Sex: M | | | | |
| 2/18/2015 | | | | | |

▼ Initial Rhythm



Time: 19:21:37  Monitor Type: Physio-Control
File Name: Physio_20150218192137_d2324ee4-6c04-4077-be1e-88445fc7490e.jpeg



Time: 19:27:48  Monitor Type: Physio-Control
File Name: Physio_20150218192748_027d6ddd-1f7c-468e-8175-aeb6f4a0d219.jpeg

Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Patient: Dobbs, Tyran
Incident #: F15005433



Time: 19:29:15  Monitor Type: Physio-Control
File Name: Physio_20150218192915_12ld_998fcd14-622f-46dc-9806-a967568f4ccc.jpeg



| Name: | 12-Lead 1 | HR 76bpm | Normal ECG **Unconfirmed** |
| --- | --- | --- | --- |
| ID: 021815190634 | 2/18/2015 | 7:29:15 PM | Sinus arrhythmia |
| Patient ID: | PR 0.140s | QRS 0.082s | rSr'(V1) - probable normal variant |
| Incident ID: | QT/QTc: | 0.376s/0.404s | |
| Age: 19 | Sex: M | P-QRS-T Axes: | 57°28°36° |

x1.0 .05-150Hz 25mm/sec           P25 HCFR P25 3306808-005 LP1540226415
Physio-Control, Inc.  Comments:

Time: 19:35:58  Monitor Type: Physio-Control
File Name: Physio_20150218193558_f1f04d96-d51e-4761-b193-f1488603b250.jpeg



Inc. Date: 02/18/2015                                Page Total 8 of 9
Incident #: F15005433                          PDF Generated 02/21/2018
                                                        (CST) 13:28:25
Unit: A25

Patient:: Dobbs, Tyran
Incident #: F15005433

Time: 19:38:11  Monitor Type: Physio-Control
File Name: Physio_20150218193811_12ld_95b19c6d-4b2b-4ae6-9f11-bbe16024e2a8.jpeg



Inc. Date: 02/18/2015
Incident #: F15005433
Unit: A25

Page Total 9 of 9
PDF Generated 02/21/2018
(CST) 13:28:25